IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60734
Summary Calendar
_____

FERMIN CAMPOS-PEREZ,

Plaintiff-Appellant,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Defendant-Appellee.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A41 846 997
- - - - - - - - - -
July 18, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit judges.

PER CURIAM:[*]

Fermin Campos-Perez petitions for review of the decision of the Board of Immigration Appeals (BIA) that he was deportable under subsection 241(a)(2)(C) of the Immigration and Nationality Act (Act), 8 U.S.C. § 1251(a)(2)(C). Campos argues that the Immigration and Naturalization Service (INS) did not prove that he was convicted of a firearm offense within the meaning of § 1251(a)(2)(C). He argues that the record of conviction does

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

not indicate that the weapon he was convicted of carrying was in fact a firearm.

Substantial evidence supports the BIA's conclusion that Campos' conviction for carrying a weapon was a firearm offense for which he was deportable under § 1251(a)(2)(C). See Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994). Campos has not presented compelling evidence to the contrary. See INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992); Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

The petition for review is DENIED.